## Wolf *v.* Wolf, Appellant.

opinion by STEFAN, J. Argued June 13, 1975. *David Gutin,* with him *Patrick W. Kittredge,* and *Cohen, Shapiro, Polisher, Shiekman and Cohen,* for appellant; *William J. Toy,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Yocum et al. *v.* Honold (et al., Appellant).

Argued June 11, 1975. *James C. Brennan,* with him *Hinkson & Brennan,* for appellant; *William C. Archbold, Jr.,* with him *Kassab, Cherry and Archbold,* for appellees.

Judgment affirmed; petition for reargument refused August 25, 1975.